## JONES *v.* THE STATE.

LEWIS, J. This case is controlled by the decision this day rendered in the case of *Daniel* v. *State*, 114 *Ga.* 533.

*Judgment reversed. All the Justices concurring.*

Argued December 16, 1901.—Decided February 4, 1902.

Accusation of escape. Before Judge Proffitt. City court of Elberton. November 22, 1901.

*Z. B. Rogers,* for plaintiff in error.
*T. J. Brown, solicitor,* contra.

---

## HIGGINS *v.* THE STATE.

LUMPKIN, P. J. The evidence, though entirely circumstantial, was sufficient to show beyond a reasonable doubt and to the exclusion of every other rational hypothesis that the accused committed the crime with which he was charged. This being so, and there being no complaint that any error of law was committed at the trial, this court will not interfere with the judgment denying a new trial.     *Judgment affirmed. All the Justices concurring.*

Submitted January 20,—Decided February 4, 1902.

Indictment for larceny. Before Judge Henry. Floyd superior court. December 6, 1901.

*H. F. Sharp* and *Denny & Harris,* for plaintiff in error.
*Moses Wright, solicitor-general,* contra.